IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD HESTER, # 220402, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv207-TMH |
| ) | |
| KIM THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On July 14, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 45). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Defendants' motion for summary judgment (Doc. # 33) is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiff; and

3. This case is DISMISSED with prejudice.

Done this the 7th day of August, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE